# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 18-11740 | REN | Judge: | Robert E. Nugent | Trustee Name: | Linda S. Parks, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | KYLE L HELM | | | | Date Filed (f) or Converted (c): | 08/31/2018 (f) |
| | ANDREA M HELM | | | | 341(a) Meeting Date: | 09/28/2018 |
| For Period Ending: | 12/27/2018 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 211 S COVINGTON ST., WICHITA KS 67209-0000 SEDGWICK | Unknown | 0.00 | | 0.00 | FA |
| 2. 2004 CADILLAC CTS MILEAGE: 103,000 | 4,300.00 | 0.00 | | 0.00 | FA |
| 3. 2012 TOYOTA CAMRY | 7,000.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS, FURNISHINGS AND HOME ELECTRONICS | 2,500.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHING | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 7. DOG | 0.00 | 0.00 | | 0.00 | FA |
| 8. U.S. CURRENCY (NOMINAL VALUE) | 0.00 | 0.00 | | 0.00 | FA |
| 9. EMPRISE BANK X4051 - CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 10. MERITRUST CREDIT UNION X6826 - MEMBERSHIP | 0.00 | 0.00 | | 0.00 | FA |
| 11. EMPRISE *ACCOUNT MAY BE HELD BY FLIGHT OFFROAD, LLC ONLY. | Unknown | 0.00 | | 0.00 | FA |
| 12. FLIGHT OFFROAD MOTORSPORTS, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 13. FLIGHT OFFROAD, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 14. RESIDENTIAL LANDLORD SECURITY DEPOSIT | 400.00 | 0.00 | | 0.00 | FA |
| 15. INTEREST IN KYLE L. HELM REVOCABLE TRUST DATED FEBRUARY 26, 2015 | Unknown | 0.00 | | 0.00 | FA |
| 16. FEDERAL AND STATE EARNED INCOME CREDITS FOR TAX YEAR 2018 | Unknown | 0.00 | | 0.00 | FA |
| 17. TRAILER (u) | Unknown | 1,000.00 | | 0.00 | 1,000.00 |
| 18. GARNISHMENT BEPC POWDER COATING (u) | Unknown | 996.66 | | 0.00 | 996.66 |
| 19. 2018 REFUND POTENTIAL (u) | Unknown | Unknown | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $15,700.00 | $1,996.66 | | $0.00 | $1,996.66 |
| --- | --- | --- | --- | --- | --- |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigating properties no. 17, 18 and 19.

Initial Projected Date of Final Report (TFR): 12/31/2020      Current Projected Date of Final Report (TFR): 12/31/2020

Trustee Signature:   /s/ Linda S. Parks, Trustee      Date: 12/27/2018

Linda S. Parks, Trustee
100 N. Broadway, Suite 950
WICHITA, KS  67202-2209
(316) 265-7741
parks@hitefanning.com